MICHAEL MCPARLIN et al., Respondents, v. EBEN M. BOYNTON, Appellant.

(Argued September 25, 1877 ; decided November 27, 1877.)

REPORTED below, 8 Hun, 449.

*Nathaniel C. Moak*, for appellant.

*C. Bainbridge Smith*, for respondents.

ALLEN, FOLGER, ANDREWS and EARL, JJ., agree to affirm, without opinion; MILLER, J., reads for reversal; CHURCH, Ch. J., and RAPALLO, J., concur.

Judgment affirmed.

---

MARGARET HUNTER, Respondent, v. THE AMERICAN POPULAR LIFE INSURANCE COMPANY, Appellant.

(Argued November 13, 1877; decided November 27, 1877.)

*Grenville Tremain*, for appellant.

*Samuel Hand*, for respondent.

Agree to affirm on authority of *Fitch* v. *A. P. Life Insurance Co.* (59 N. Y., 557).

All concur.

Judgment affirmed.